COLLOTON, Circuit Judge,
concurring.
I concur in the opinion of the court, except for footnote 1. Ms. Wigg has abandoned her claims on appeal that the district court erred by striking her errata sheet and striking her claim for nominal damages. Therefore, I believe there is no reason to consider SFSD’s argument relating to immunity from damages under the Eleventh Amendment, and I would express no view on whether SFSD is entitled to such immunity, compare Mt. Healthy City Bd. of Educ. v. Doyle, 429 U.S. 274, 280-81, 97 S.Ct. 568, 50 L.Ed.2d 471 (1977) (Based on consideration of Ohio law, Ohio school district not immune from suit under Eleventh Amendment) with Belanger v. Madera Unified Sch. Dist., 963 F.2d 248, 254 (9th Cir.1992) (California school district immune from suit under Eleventh Amendment), or whether the Eleventh Amendment bars an award of nominal damages. See Hopkins v. Saunders, 199 F.3d 968, 976-78 (8th Cir.1999) (nominal damages award of $1.00 foreclosed by Eleventh Amendment immunity and qualified immunity).